UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN BRADLEY GALLAHER,<br><br>Defendant. | CR No. 19 CR 00472 -JAK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b): Assault on a Person Assisting Federal Officers and Employees Resulting in Bodily Injury; 18 U.S.C. § 115(a)(1)(B): Threatening a Person Assisting Federal Officers and Employees] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about April 2, 2019, in Los Angeles County, within the Central District of California, defendant IAN BRADLEY GALLAHER intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim J.N., a Protective Security Officer employed by Paragon Systems, assisting officers and employees of the United States Social Security Administration in the Torrance, California Field Office, and in doing so, made physical contact with J.N., while J.N. was engaged in, and on account of, the performance

1  of J.N.'s official duties, resulting in the infliction of bodily
2  injury.

## COUNT TWO

[18 U.S.C. § 115(a)(1)(B)]

On or about April 2, 2019, in Los Angeles County, within the Central District of California, defendant IAN BRADLEY GALLAHER knowingly threatened to assault and murder victim J.N., a Protective Security Officer employed by Paragon Systems, assisting officers and employees of the United States Social Security Administration in the Torrance, California Field Office, with the intent to impede, intimidate, and interfere with victim J.N. while victim J.N. was engaged in the performance of J.N.'s official duties and with the intent to retaliate against victim J.N. on account of the performance of J.N.'s official duties.

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

LAUREN RESTREPO
Assistant United States Attorney
Cyber & IP Crimes Section