UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 19-472-JAK |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION |
| | ) | [18 U.S.C. §§ 3148(b), 3143(a)] |
| IAN BRADLEY GALLAHER, | ) | |
| Defendant. | ) | |

On October 16, 2020, Defendant made his initial appearance following his arrest on a bench warrant issued on October 13, 2019, for alleged violations of the terms and conditions of pretrial release. Defendant was temporarily detained pending a detention hearing before the undersigned.

A detention hearing was held on October 22, 2020 at which Defendant consented to and appeared by telephone. Defendant was represented by Deputy Federal Public Defender Adam Olin. The government was represented by Assistant United States Attorney Greg Marmarro.

The Court has reviewed the files and records in this matter, including the notice of violation dated September 30, 2020, the pretrial violation report dated October 13, 2020, the report prepared by the Pretrial Services Agency dated October 22, 2020, and its

recommendation of detention, and considered the arguments presented by counsel at the hearing.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1.  Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

2.  The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release (noncompliance with location monitoring conditions, positive drug test results) as well as the determination by the Superior Court of California-Mental Health Division on October 7, 2020, that defendant was deemed to be a danger to others and gravely disabled as a result of his mental health disorder, and Defendant's aggressive behavior, as alleged in the petition for action on conditions of pretrial release and warrant for arrest issued by this Court.

3.  The Court has also taken into account the report by Pretrial Services regarding Defendant's threatening conduct and refusal to take prescribed medication.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal pending further proceedings before District Judge John A. Kronstadt.

Dated: October 22, 2020.

/s/<br>
ALKA SAGAR<br>
UNITES STATES MAGISTRATE JUDGE